# Court of Appeals
# of the State of Georgia

ATLANTA,  August 23, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2306.  JAFNEY THELUSMA v. THE STATE.**

A jury found Jafney Thelusma guilty of three counts of violating the Street Gang and Terrorism Prevention Act (Counts 3-5) and one count each of fleeing or attempting to elude an officer (Count 6), theft by receiving stolen property (Count 7), possession of a firearm by a first offender probationer (Count 8), discharging a gun near a highway or street (Count 9), and driving with a suspended license (Count 10). The superior court entered a written sentence on these convictions, and Thelusma filed a motion for a new trial, in which, inter alia, he challenged the sufficiency of the evidence on several of the convictions.  The superior court denied the motion for a new trial as to Counts 6 and 9-10, but granted the motion as to Counts 3-5 and 7-8. The court subsequently granted the State's motion for entry of an order of nolle prosequi as to Counts 3-5 and 7-8.  The court did not, however, enter a new written sentence.  Thelusma has filed this timely appeal from the superior court order that disposed of his motion for a new trial.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." Here, absent a new sentencing order, the case remains pending in the superior court. Cf. *Keller v. State*, 275 Ga. 680, 680 (571 SE2d 806) (2002).  Consequently, we lack jurisdiction over this premature appeal, which is hereby DISMISSED.

Upon entry of a new sentencing order, the superior court clerk is DIRECTED to re-transmit the case to this Court for re-docketing.  Thelusma need not file a second notice of appeal, as his prematurely filed notice of appeal will ripen upon entry of a

new written sentence.  See *Perry v. State*, 329 Ga. App. 121, 121 (764 SE2d 178) (2014); *Livingston v. State*, 221 Ga. App. 563, 564-568 (1) (472 SE2d 317) (1996).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,   08/23/2019         *
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*